UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY ZAPPIN,

            Plaintiff,

– against –

DAVID EVAN SCHORR, MATTHEW F. COOPER, and KEVIN M. DOYLE,

            Defendants.

**ORDER**

22 Civ. 2034 (ER)

Ramos, D.J.:

    The Court is in receipt of the parties' letters relating to the defendants' request that this action be dismissed. *See* Docs. 10, 12. The parties are instructed to brief the motion, pursuant to the following schedule:

- Motion to Dismiss: May 13, 2022
- Opposition: June 3, 2022
- Reply: June 10, 2022

It is SO ORDERED.

Dated:    April 29, 2022
            New York, New York

                                                          Edgardo Ramos, U.S.D.J.