UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY ZAPPIN,

                Plaintiff,

                v.

DAVID EVAN SCHORR, MATTHEW F. COOPER, *and* KEVIN M. DOYLE,

                Defendants.

**ORDER**

22-cv-2034 (ER)

Ramos, D.J.:

        Anthony Zappin, a disbarred attorney proceeding *pro se*, brought this action against various New York State officials and David E. Schorr, an attorney in private practice who previously represented Zappin during portions of his divorce proceedings. *See* Doc. 2 ¶¶ 9, 25.

        In an Order dated February 8, 2023, The Court denied Zappin's motion seeking the recusal of the undersigned. Doc. 97; *see also* Doc. 13. Hours later, Zappin filed a new disqualification motion. Doc. 98; Doc. 99. In the motion, Zappin claims that the undersigned "demanded" that the Southern District Grievance Committee initiate a disciplinary proceeding against Plaintiff "in direct retaliation for Plaintiff exercising his First Amendment right to criticize a public official by updating Judge Ramos' Wikipedia page." Doc. 99 ¶ 13.

        There is no factual basis for Zappin's renewed motion. *See* 28 U.S.C. § 455. In the first instance, the undersigned was unaware of Zappin's efforts to update his Wikipedia page until the filing of the instant motion. *See generally* Doc. 99 ¶¶ 7–18. Secondly, and dispositively, the undersigned did not refer Zappin to the Southern District Grievance Committee. There has thus been no effort to retaliate against Zappin and there is no basis for recusal.

        The motion is DENIED.

The Clerk of Court is respectfully directed to terminate the motion, Doc. 98.

It is SO ORDERED.

Dated:   February 10, 2023
         New York, New York

_____
Edgardo Ramos, U.S.D.J.