**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANTHONY ZAPPIN,

                      Plaintiff,

        -against-                             22 **CIVIL** 2034 (ER)

                                                  <u>**JUDGMENT**</u>

DAVID EVAN SCHORR, MATTHEW F.
COOPER, and KEVIN M. DOYLE,

                      Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Opinion & Order dated March 22, 2023, the state defendants' motion to dismiss is GRANTED, Schorr's

motion to seal the Financial Decision stemming from his matrimonial action is GRANTED, and the remaining

claim against Schorr, Count III, is dismissed for failure to state a claim. Zappin is reminded that he is enjoined

from filing, without leave of Court, any new actions in the Southern District of New York against Justice

Cooper, the State of New York, any New York State entity or agency, or any other current or former New York

State judge, official, or employee arising out of his divorce proceedings, disciplinary proceedings, encounter

with Justice Cooper, or his corresponding arrest and prosecution; accordingly, the case is closed.

**Dated:** New York, New York

      March 22, 2023

                                                    **RUBY J. KRAJICK**

                                        _____

                                            **Clerk of Court**

                **BY:**                K. mango

                                          _____

                                            **Deputy Clerk**